UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | MISC NO. 3:06MJ120 |
| ) | |
| ) | ORDER TO UNSEAL |
| ) | CRIMINAL COMPLAINT |
| JOSE JESUS ORTIZ-NUNEZ ) | |
| aka "Jesus Ortiz" and "Jessie Nunez" ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the affidavit and criminal complaint in this cause be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned case be unsealed.

This the 6th day of June, 2007.

Carl Horn, III
UNITED STATES MAGISTRATE JUDGE